```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 12007
   DION C MONTGOMERY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3213


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was confirmed 07/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID             PAID
------------------------------------------------------------------------
BAXTER CREDIT UNION        SECURED VEHIC        .00             .00             .00
BAXTER CREDIT UNION        UNSECURED      NOT FILED             .00             .00
BANK OF NEW YORK           CURRENT MORTG        .00             .00             .00
BANK OF NEW YORK           MORTGAGE ARRE   12509.66             .00             .00
COUNTRYWIDE HOME LOANS I   UNSECURED      NOT FILED             .00             .00
AMERICAS SERVICING CO      NOTICE ONLY    NOT FILED             .00             .00
BAXTER CREDIT UNION        UNSECURED         828.50             .00             .00
CITY OF CHICAGO HEIGHTS    UNSECURED      NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED        1917.50             .00             .00
WEST SUBURBAN PHYSICIANS   UNSECURED      NOT FILED             .00             .00
UNIVERSITY & ACCOUNTING    UNSECURED        4212.01             .00             .00
GLOBAL PAYMENTS            UNSECURED        1500.00             .00             .00
HSBC                       UNSECURED         412.08             .00             .00
NDC CK SVC                 UNSECURED      NOT FILED             .00             .00
PROFESSIONAL RECOVERY SY   UNSECURED      NOT FILED             .00             .00
RESMAE MORTGAGE CORPOR     NOTICE ONLY    NOT FILED             .00             .00
SALLIE MAE EDUCATION CRE   UNSECURED           .00              .00             .00
ISAC                       UNSECURED           .00              .00             .00
PHARIA LLC                 UNSECURED         303.27             .00             .00
US DEPT OF EDUCATION       UNSECURED           .00              .00             .00
DEVRY INC                  UNSECURED        3609.69             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,991.50                         2,707.78
TOM VAUGHN                 TRUSTEE                                            222.86
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,930.64

PRIORITY                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12007 DION C MONTGOMERY
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,707.78
TRUSTEE COMPENSATION                                              222.86
DEBTOR REFUND                                                        .00
                                        ----------------  ----------------
TOTALS                                          2,930.64          2,930.64
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
     Dated: 03/11/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```